

NIXON PEABODY

> Defendants' letter-motion requesting to adjourn the September 16, 2021 settlement conference (ECF No. 35) is GRANTED, and the conference is ADJOURNED to **Friday, October 15, 2021 at 2:00 pm**.  The terms of the Settlement Conference Scheduling Order (ECF No. 32) are incorporated by reference, the conference will take place on Zoom videoconference arranged by Defendants' counsel, and the parties shall email the Court their pre-conference submissions by no later than **Friday, October 8, 2021**.
>
> The Clerk of Court is respectfully directed to set this matter as a Settlement Conference and close ECF No. 35.
>
> SO ORDERED  9/13/2021

September 13, 2021

*Via ECF*

SARAH L. CAVE
United States Magistrate Judge

Honorable Sarah Cave
Magistrate Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 702
New York, NY 10007

RE:   *Cantave et. al. v. All Metro Home Care Services of New York, Inc. et. al.*
      United States District Court, S.D.N.Y. Index No. 21-cv-03111(JMF)

Dear Magistrate Judge Cave:

As you know, this firm represents defendants All Metro Home Care Services of New York, Inc., All Metro Home Care Services, Inc., All Metro Field Service Workers Payroll Services Corporation, All Metro Payroll Services Corporation, All Metro Management and Payroll Services Corporation, All Metro Aides Inc., and David P. Middleton (collectively "Defendants") in connection with the above-referenced matter.

We submit this letter to respectfully request an adjournment of the settlement conference scheduled for Thursday, September 16, 2021.  Defendants are still in the process of acquiring responsive payroll records that are critical to mediation and critical to ascertaining the calculation of potential damages (if any) and relevant defenses.  Thus, pursuant to Paragraph 9 of your Honor's Standing Order, we are seeking an adjournment because an adjournment would "permit the discovery and exchange of information that would make the conference more fruitful."

In accord with Paragraph 9 of your Honor's Standing Order, we have spoken with your Chambers to obtain an alternative date and time that is within 45 days of the originally scheduled conference.  Your Honor's Chambers provided us with October 15, 2021 at 2:00PM as an adjournment date for the settlement conference.  We have consulted with Plaintiffs' counsel who has confirmed his availability for him and his clients on October 15, 2021 at 2:00PM.

Therefore, we respectfully request an adjournment of the settlement conference to October 15, 2021 at 2:00PM, which has been agreed to by all parties.

Very truly yours,

Jeffery A. Meyer