

Nixon Peabody LLP
50 Jericho Quadrangle
Suite 300
Jericho, NY  11753-2728

**Attorneys at Law**
nixonpeabody.com
@NixonPeabodyLLP

**Jeffery A. Meyer**
Partner

T / 516.832.7537
F / 844.557.9480
jmeyer@nixonpeabody.com

September 16, 2021

*Via ECF*

Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

      RE:   *Cantave et. al. v. All Metro Home Care Services of New York, Inc. et. al.*
            <u>United States District Court, S.D.N.Y. Index No. 21-cv-03111(JMF)</u>

Dear Judge Furman:

      As you know, this firm represents defendants All Metro Home Care Services of New York, Inc., All Metro Home Care Services, Inc., All Metro Field Service Workers Payroll Services Corporation, All Metro Payroll Services Corporation, All Metro Management and Payroll Services Corporation, All Metro Aides Inc., and David P. Middleton (collectively "Defendants") in connection with the above-referenced matter.

      We submit this letter to respectfully request an adjournment of the initial pretrial conference scheduled for Thursday, September 30, 2021 at 9:30AM.  As Your Honor may know, the settlement conference with Magistrate Judge Cave originally scheduled for September 16, 2021 has been adjourned to October 15, 2021. *See* ECF No. 36.

      Therefore, we respectfully request an adjournment of the initial pretrial conference to October 29, 2021, which has been agreed to by all parties, or the next available date on Your Honor's calendar.

                                        Very truly yours,

                                        Jeffery A. Meyer

Application GRANTED.  The initial pretrial conference currently scheduled for September 30, 2021, is hereby ADJOURNED to **October 26, 2021,** at **4:45 p.m.**  The Clerk of Court is directed to terminate ECF No. 37.

                                    SO ORDERED.

                                  September 17, 2021

4820-1388-6715.1